**Richard F. BROWN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 60180.**

Missouri Court of Appeals, Western District.

Sept. 24, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 29, 2002.

Application for Transfer Denied Dec. 24, 2002.

John William Simon, Clayton, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, for respondent.

Before ROBERT G. ULRICH, Presiding Judge, PAUL M. SPINDEN, Judge, and EDWIN H. SMITH, Judge.

### ORDER

Richard F. Brown appeals the circuit court's judgment denying his motion for postconviction relief under Rule 29.15. We affirm. Rule 84.16(b).